442 A.2d 338

Commonwealth v. Robinson, Appellant.

Petition for Allowance of Appeal Denied May 11, 1982.

Argued December 16, 1981. S. Robert Levant, for appellant; Gail Thackery, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.